
**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28258/0077886893

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mark A. Cantarella and Melissa J. Cantarella<br>     Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>     Movant,<br>     vs.<br>Mark A. Cantarella and Melissa J. Cantarella, Debtors, Dale D. Ulrich, Trustee.<br><br>     Respondents. | No. 2:09-BK-26777-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 21, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Mark A. Cantarella and Melissa J. Cantarella have an interest in, further described as:

> That part of the Northeast quarter of Seetion 33. Township 5 North, Ranch 4 East of the Gila and Salt River Base and Meridian. Maricopa County, Arizona, more particularly described as follows:
>
> Commencing at the Northeast corner of said Section 33;
>
> Thenee South 00 degrees 23 minutes 23 seconds East along the East line of said Section 33, also being the centerline of 64'" Street, a distance of 825.21 feet;
>
> Thenee South 89 degrees 36 minutes 37 seconds West, a distance of 40.00 feet to a point on the West right of way of 64'" Street as dedicated in Ilocket 8204, rage 394;
>
> Thenee Sonth 89 degrees 21 minutes 33 seconds West, a distance 01'230.53 feet to the Northeast corner thereof and the True point of beginning;
>
> Thence South 00 degrees 23 minutes 23 seconds East, a distance of 235.00 feet to the Southeast corner thereof;
>
> Thence South 89 degrees 21 minutes 33 seconds West, a distance of 182.98 feet to the Southwest corner thereof;
>
> Thence North 00 degrees 23 minntes 23 seeonds West. a distance of 235.00 feet to the Northwest corner thereof:
>
> Thence North 89 degrees 21 minutes 33 seconds East, a distance of 182.98 feet to the point of beginning.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

…

…

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT